IN THE MATTER OF THE PETITION     \*     IN THE

FOR REINSTATEMENT OF     \*     COURT OF APPEALS

LAURENCE JOHNSON TO     \*     OF MARYLAND

THE MARYLAND BAR     \*

         \*     Misc. Docket AG No. 43

         \*     September Term, 2017

## <u>ORDER</u>

Upon consideration of the Petition for Reinstatement of Laurence Johnson, Bar Counsel's consent thereto, and the record herein, it is this <u>18th</u> day of _____January_____, 201<u>8</u>, by the Court of Appeals of Maryland;

ORDERED, that the Petition be, and the same hereby is, GRANTED, and the Petitioner, Laurence Johnson, is reinstated as a member of the Bar of Maryland; and it is further

ORDERED, that the Clerk of the Court shall replace the name of Laurence Johnson upon the register of attorneys entitled to practice in this Court and certify that fact to the Trustees of the Client Protection Fund and the clerks of all judicial tribunals in this State.


/s/ Mary Ellen Barbera
Chief Judge